**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MANOLO BLAHNIK INTERNATIONAL LIMITED, | ) ) ) |
| Plaintiff, | ) Case No. 15-cv- 9494 ) ) **Judge Sharon Johnson Coleman** ) |
| v. | ) **Magistrate Judge Daniel Martin** ) |
| LIRONG SHI, et al., | ) ) |
| Defendants. | ) |

**AMENDED COMPLAINT**

[CONTENTS FILED UNDER SEAL]